IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKY WYNN, JR.,
D.O.C. # Q18241,

    Plaintiff,

v.                                                                                                            4:22cv443–WS/MAF

SERGEANT PARRISH,
OFFICER HAMPTON, and
CAPTAIN WASHINGTON,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed February 16, 2023. The magistrate judge recommends that Plaintiff's case be dismissed for failure to prosecute and to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is adopted

and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice for failure to prosecute and to comply with a court order.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this    20th    day of    March   , 2023.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE